EARL WILBUR v. THE STATE.

No. 9187.   Delivered Feb. 11, 1925.

No motion for rehearing filed.

**Sale of Intoxicating Liquor—Dismissed on Motion of Appellant.**

At the request of appellant, as shown by his affidavit in writing, duly verified, the appeal is dismissed.

Appeal from the District Court of Wheeler County.· Tried below before the Hon. W. R. Ewing, Judge.

Appeal from a conviction of the unlawful sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

At the request of the appellant as shown by his affidavit in writing, duly verified, the appeal is dismissed.

*Dismissed.*